### IN THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

| | |
|---|---|
| IOWA LIBERTARIAN PARTY, and THOMAS HALTERMAN, | NO. 4:19-CV-00223-CRW-CFB |
| Plaintiffs, | |
| vs. | |
| CLAIRE CELSI, in her individual capacity and as Senator of the 21st District of the Iowa Senate, | JOINT STATUS REPORT (SECOND) |
| Defendant. | |

**COME NOW** the Iowa Libertarian Party, Thomas Halterman, and Claire Celsi ("Parties") and report on the status of this stayed case:

1.     This Court stayed the above-captioned case pending the decision of the Eighth Circuit United States Court of Appeals in a factually similar case, *Campbell v. Reisch,* No. 19-2994.

2.     The parties agree that the stay in this case should continue until the appellate result in *Campbell* is final.

3.     The Eighth Circuit issued its opinion in *Campbell* on January 27, 2021.

4.     After learning that the plaintiff in *Campbell* planned to appeal further and had indeed filed a combined petition for panel rehearing or rehearing en banc on February 10, 2021, the parties requested that the case remain stayed until thirty days after the Eighth Circuit issued the mandate in *Campbell*.

5.     The Eighth Circuit denied panel or en banc rehearing and issued the mandate in *Campbell* on March 10, 2021.

6.     Undersigned counsel for plaintiffs contacted counsel for the plaintiff in the *Campbell* case and learned that the *Campbell* plaintiff plans to file a petition for writ of certiorari with the United States Supreme Court.

7.     As the parties here have agreed that this case should remain stayed until the *Campbell* case is final, the parties respectfully suggest that the Court order that this case remain stayed.

8.     The parties also respectfully suggest that the Court order the parties to file a joint status report on or before July 8, 2021, which is 30 days following the expiration of the *Campbell* plaintiff's time for filing a petition for writ of certiorari—i.e., 90 days following denial of rehearing. Sup. Ct Rule 13.1, 13.3.

**ACCORDINGLY**, the parties jointly request that the stay in this case remain in effect and ask the Court to order a joint status report on or before July 8, 2021.

Respectfully submitted,

THOMAS J. MILLER
Attorney General of Iowa

*/s/ Aaron Rogers*
AARON ROGERS
BENJAMIN M. PARROTT
TESSA M. REGISTER
Assistant Attorneys General
Iowa Department of Justice
   Hoover State Office Building
   2nd Floor
   Des Moines, Iowa 50319
Phone:   515-281-5976
Fax:       515-281-4209
Email:   aaron.rogers@ag.iowa.gov
   benjamin.parrott@ag.iowa.gov
   tessa.register@ag.iowa.gov
ATTORNEYS FOR DEFENDANT

*/s/ Julia Ofenbakh*
Julia A. Ofenbakh
   2183 NW 86th Street, Suite C
   Clive, Iowa 50325
Phone:   515-868-0088
Fax:       515-963-5370
Email:   Julia@iowadefenders.com
ATTORNEY FOR PLAINTIFFS

SERVED BY CM/ECF EMAIL ON:
Julia Ofenbakh
julia@iowadefenders.com

| Proof of Service |
| --- |
| The undersigned certifies that the foregoing instrument was served upon each of the persons identified as receiving a copy by delivery in the following manner on Apr. 5, 2021. |

☐ U.S. Mail      ☐ Fax
☐ Hand Delivery      ☐ Overnight Courtier
☐ Federal Express      ☐ Other
☒ Electronically via CM/ECF

Signature: